

# Fourth Court of Appeals
## San Antonio, Texas

July 17, 2013

No. 04-13-00348-CR

John Michael **LEVESQUE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2007CR3458
Honorable Andrew W. Carruthers, Judge Presiding

**ORDER**

In accordance with this court's opinion issued this date, we ORDER this appeal DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on July 17, 2013.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of July, 2013.

_____
Keith E. Hottle, Clerk